```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                          CAMDEN VICINAGE
```

| | |
|---|---|
| VICTOR OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE NEW JERSEY INSURANCE COMPANY, et al., <br><br> Defendants. | Civil No. 07-1887 (RMB/JS) |

**ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE**

It appearing to the Court that plaintiffs have filed a Notice of Appeal with the Third Circuit Court of Appeals; and the Court finding that in view of the appeal this court lacks the power to act while the appeal is pending except to maintain the status quo (see The Sansom Committee v. Lynn, 735 F.2d 1552, 1554 (3d Cir. 1984)); and all parties consenting to a stay of the litigation pending the appeal; and good cause existing for the entry of this Order,

IT IS HEREBY ORDERED that until further Order of the Court this matter is administratively terminated, without prejudice. At the written request of any party made within a reasonable time of the final disposition of the appeal to the Third Circuit, the case will be restored to the active docket.

                                                s/ Joel Schneider
                                                JOEL SCHNEIDER
                                                United States Magistrate Judge

Dated:  December 17, 2009

cc: Hon. Renèe Marie Bumb