UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 16, 2009
ACO-042

No. 09-8083

Victor Opperman; Kathleen Opperman, h/w; Inez Murray, by and through Terry Maxwell on behalf of themselves and all others similarly situated

v.

Allstate New Jersey Insurance Company; Tom Leonard

Victor Opperman; Kathleen Opperman; Inez Murray,
                                                  Petitioners

(D.N.J. Civil No. 1-07-cv-01887)

Present:   SLOVITER, AMBRO, and SMITH, Circuit Judges

1) Petition for Leave to Appeal pursuant to Fed.R.Civ.P. 23(f);

2) Response to Petition for Leave to Appeal pursuant to Fed.R.Civ.P. 23(f).

/s/ Shannon L. Craven
Case Manager (267)299-4959

**ORDER**

The foregoing Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) is denied.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

Dated:    December 22, 2009
SLC/cc:   Thomas T. Booth, Jr.
          Michael J. Debenedictis
          Mary P. Gallagher
          Steven Gerber
          Peter R. Kahana
          Robert J. King, Jr.
          David M. Poore