```
          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW JERSEY
                 CAMDEN VICINAGE
```

| | |
|---|---|
| VICTOR OPPERMAN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ALLSTATE NEW JERSEY INSURANCE COMPANY, et al.,<br><br>       Defendants. | Civil No. 07-1887 (RMB/JS) |

## ORDER TO REOPEN

This matter comes before the Court on the parties' application to reopen; and good cause existing for the entry of this Order,

**IT IS** on this 21st day of January, 2010,

**ORDERED** that the above entitled matter be reopened and the Court's Order of Administrative Termination entered on December 12, 2009, is hereby vacated.

                                              s/Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge