# ADORNO & YOSS LLP

### ATTORNEYS AT LAW

STEVEN GERBER*
MARY PAT GALLAGHER
DAVID H. GANZ *
N. NOELLE LETCHER*
TODD R. HARRIS*

RICHARD P. WEISS*°
DONALD J. WEISS"
OF COUNSEL

GREGORY B. GILMORE *

155 WILLOWBROOK BOULEVARD
SUITE 300
WAYNE, NEW JERSEY 07470-7038

TELEPHONE 973.256.9000
FACSIMILE 973.256.9001
WEBSITE: HTTP://WWW.ADORNO.COM

PLEASE REPLY TO:
NEW JERSEY OFFICE

NEW YORK OFFICE
EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 5720
NEW YORK, NEW YORK 10118
TELEPHONE 212.809.5700
FACSIMILE 212.809.5701

*ALSO MEMBER OF NEW YORK BAR
°ALSO MEMBER OF FLORIDA BAR
"ADMITTED ONLY IN NEW YORK

February 18, 2010

**Via ECF Filing Only**
Clerk, United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

   Re: *Opperman, et al. v. Allstate New Jersey Insurance Company, et al.*
     *Civil Action No: 07-cv-1887*
     *Our File No: 201883.0019*

Dear Sir/Madam:

  This firm represents defendants Allstate New Jersey Insurance Company ("ANJIC") and Thomas Leonard in the above-referenced matter.

  With this letter we are ECF filing the following <u>unredacted</u> documents associated with Plaintiff's Motion to Certify Class, pursuant to the Court's Order denying Allstate's Motion to Seal these documents (Docket Index No. 183):

  Docket Index No. 186
- Plaintiff's Reply Brief to Opposition to Motion to Certify Class
- Appendix of Exhibits Volumes 1-2
- Certification of Michael J. DeBenedictis, Esq.

         Respectfully submitted,

         ADORNO & YOSS LLP
         *Attorneys for Defendants Allstate New Jersey*
         *Insurance Company and Thomas Leonard*

      By: *[signature]*
SG/sc        Steven Gerber
cc: All Counsel of Record (via ECF)
   Robert H. King, Jr., Esq. (via electronic mail)